## MOTION DOCKET

94–1249.  State ex rel. West v. Indus. Comm.  *Franklin County,* No. 93AP–507.  On request for oral argument.  Request denied.

95–343.  State v. DeVoise.  *Montgomery County,* No. 14701.  On motion to consolidate case with 95–450, *State v. Thompkins,* Montgomery County, No. 14703 *et seq.* (in lieu of filing merit brief).  *Sua sponte,* cause held for the decision in 95–450;  briefing schedule stayed.

95–387.  Ohio Civ. Rights Comm. v. Case W. Res. Univ.  *Cuyahoga County,* No. 66721.  On motion for admission *pro hac vice* of Joseph Keyes, Kirk B. Johnson, and Michael L. Ile.  Motion granted.